IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In re:

DAVID BRIAN DERRINGER,  No.  BR 04-17330-m13

    Debtor.

DAVID DERRINGER,

    Appellant,

vs.  No.  CIV 06-0855 RB/RLP

MICK CHAPEL, JENNIFER CHAPEL,
and JOSEPH MANGES,

    Appellees.

## ORDER AND JUDGMENT

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition on Bankruptcy Appeal ("PFRD"), filed on May 7, 2007 [Doc. 26]. Having considered the objections filed in response to the PFRD and having made a *de novo* determination of those portions of the PFRD objected to, the Court will overrule the objections, adopt the PFRD and affirm the decision of the Bankruptcy Court.

**WHEREFORE**,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition on Bankruptcy Appeal [Doc. 26] are adopted by the Court.

**IT IS FURTHER ORDERED** that Appellee's Motion to Consolidate [Doc. 14] is denied;

**IT IS FURTHER ORDERED**  that Appellant's Motion for Sanctions [Doc. 18] is denied;

**IT IS FURTHER ORDERED** that the Bankruptcy Court's Order Awarding Damages [Doc. 1], be affirmed.

**IT IS FINALLY ORDERED, ADJUDGED AND DECREED** that this civil proceeding is dismissed with prejudice.

_____
**ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**